IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LETTIE I. DUKE | § |
| | § |
| VS. | § NO. 4-10-CV-2964 |
| | § |
| METROPOLITAN LIFE INSURANCE | § |
| COMPANY | § |

## MEDIATOR'S REPORT

In accordance with the Court's Order, a mediation conference was held on April 7, 2011.

The conference resulted in settlement. All parties and counsel were present.

SIGNED this __7__ day of __April__, 2011.

_____
ROBERT A. BLACK, Mediator

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the Mediator's Report was e-filed pursuant to the Federal Rules of Civil Procedure to the following this __7__ of __April__, 2011:

Andrew C. Whitaker
Figari & Davenport, LLP
3400 Bank of America Plaza
901 Main Street
Dallas, Texas 75202

Blair Brininger
Brininger Ltd.
1400 Broadfield, Suite 200
Houston, Texas 77084

Scott King Field
The Field Law Firm, PLLC
5910 Courtyard Drive, Suite 255
Austin, Texas 78731

_____
ROBERT A. BLACK